**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARAH IKBAL, et al. | Case No.: ED CV 19-01514-ODW (SHKx) |
| Plaintiff, | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| v. | |
| BANK OF AMERICA, N.A.; et al. | |
| Defendants. | |

Pursuant to the stipulation by and between Plaintiffs and Defendant, (ECF No. 17), the Court hereby **DISMISSES** this action with prejudice. Each party to bear its own fees and costs. All dates and deadlines in this action are **VACATED** and taken off calendar. The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

DATE: July 13, 2020   BY: _____

OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE